UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GEORGE WYATT, JR. ID § <br> # 00333787, et al., § <br> § <br> *Plaintiffs*, § <br> § Civil Action No. 3:23-CV-1211-X-BH <br> v. § <br> § <br> JOE BIDEN, et al., § <br> § <br> *Defendants.* § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. 4]. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **DENIES** George Wyatt's *Application to Proceed in Forma Pauperis,* received May 23, 2023. [Doc. 3]. By separate judgment, this action will be summarily dismissed as three-strikes barred by 28 U.S.C. § 1915(g).

**IT IS SO ORDERED** this 6th day of July, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE